IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Jolanta Pingot,
an individual,

Plaintiff,

v.

TRW, Inc., d/b/a TRW Lucas Body Systems, NA, Winona and Lucas Body Systems, Lake Center Industries, Winona,

Defendant.

Court File No. 01-2352 DWF/SRN

**ORDER**

UPON CONSIDERATION of the Joint Stipulation For Dismissal With Prejudice;

IT IS HEREBY ORDERED that the above-captioned matter be dismissed with prejudice without costs or attorneys' fees to either party.

Dated: 6/20/02

Donovan W. Frank
United States District Court Judge

FILED JUN 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Jolanta Pingot,
an individual,

Plaintiff,

v.

TRW, Inc., d/b/a TRW Lucas Body Systems, NA, Winona and Lucas Body Systems, Lake Center Industries, Winona,

Defendant.

Court File No. 01-2352 DWF/SRN

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW the Parties, in the above-captioned matter, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby jointly stipulate to dismiss the above-captioned matter in its entirety with prejudice, without costs or attorneys' fees to either party.

Dated: 6/19/02

By: [signature]
Mark Stephenson (#105235)
Stephenson & Sutcliffe, P.A.
1635 Greenview Drive SW
Rochester, MN 55902
(507) 288-7160

ATTORNEYS FOR PLAINTIFF
JOLANTA PINGOT

Dated: 6/19/02

By: [signature]
Gregory L. Peters (#0289401)
SEATON, BECK & PETERS, P.A.
7301 Ohms Lane, Suite 320
Edina, MN 55439
(952) 896-1700

ATTORNEYS FOR DEFENDANT TRW, INC., D/B/A TRW LUCAS BODY SYSTEMS, NA, WINONA AND LUCAS BODY SYSTEMS, LAKE CENTER INDUSTRIES, WINONA

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK